## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **STEPHANIE WILLIS as Next Friend of C.W., a Minor, and Legal Heir to the ESTATE OF TIMOTHY DANIELS, Deceased.** § § § § § | |
| **Plaintiffs,** § § | |
| **vs.** § § | **CIVIL ACTION NO. 2:10-cv-317** |
| **GENERAL MOTORS, LLC.** § § | **Jury** |
| **Defendant.** § § § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE DISTRICT COURT JUDGE:

COMES NOW Defendant General Motors LLC and files this Notice of Settlement and would respectfully show unto the Court as follows:

The parties have reached an agreement to resolve this matter under certain confidential terms and conditions pending Court approval and review by a Guardian Ad Litem. The Parties are preparing documents memorializing the confidential settlement agreement.

Respectfully submitted,

*/S/* Kyle H. Dreyer
**KYLE H. DREYER (Attorney-in-Charge)**
State Bar No. 06119500
**GIOVANNA TARANTINO BINGHAM**
State Bar No. 24042613
**AARON J. BURKE**
Texas Bar No. 24073977
**HARTLINE DACUS BARGER DREYER LLP**
6688 North Central Expressway, Suite 1000
Dallas, TX 75206
(214) 369-2100
(214) 369-2118 (fax)
kdreyer@hdbdlaw.com
gtarantino@hdbdlaw.com
aburke@hdbdlaw.com

**ATTORNEYS FOR DEFENDANT
GENERAL MOTORS, LLC**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been electronically filed through the ECF system this 6th day of May, 2011, which will send a notice of electronic filing to all parties' counsel in the electronic filing system in this case:

*/s/  Kyle H. Dreyer*
**KYLE H. DREYER**